```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :
                                        :   No. 21 Cr. 496 (JFK)
                                        :
FAUSTO ESPINOSA ALMONTE,                :       ORDER
                                        :
                      Defendant.        :
----------------------------------------X
```

**JOHN F. KEENAN, United States District Judge:**

By letter dated August 23, 2022, Andrew M. J. Bernstein ("Bernstein") moves to withdraw as counsel for Defendant Fausto Espinosa Almonte ("Almonte") and requests that new counsel be appointed pursuant to Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. (ECF No. 61.) In support of the motion, Bernstein represents that communication between himself and Almonte has "completely broken down" and Almonte has requested that "new CJA counsel be appointed." (Id.) On August 22, 2022, the Court received a letter from Almonte requesting that new counsel be appointed to represent him. Accordingly, Bernstein's request to withdraw is GRANTED. Bernstein is relieved as counsel for Almonte. It is further ORDERED that Michael Hueston be appointed to represent Almonte in the above-captioned matter, pursuant to the CJA, effective today, August 23, 2022.

**SO ORDERED.**

Dated:  New York, New York
        August 23, 2020

_____
John F. Keenan
United States District Judge

2