UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA

    -against-

**Fausto Espinosa Almonte**

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-31-22

ORDER

21-CR-496 (JFK)
Docket #

__**Judge Keenan**__, DISTRICT JUDGE:
   Judge's Name

The C.J.A. attorney assigned to this case
__**Michael Hueston**__ is hereby ordered substituted
   Attorney's Name

and the representation of the defendant in the above captioned
matter is assigned to __**Valerie Gotlib**__, NUNC-PRO-TUNC _____.
                       Attorney's Name

SO ORDERED.

_/s/ John F. Keenan_
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       8-31-2022