# GOTLIB LAW

September 13, 2022

**Via ECF**

REQUEST GRANTED.

9/13/2022 SO ORDERED.

LEWIS J. LIMAN
United States District Judge

The Honorable Lewis J. Liman
United States District Court Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Espinosa Almonte, et al.,* 21 Cr. 496 (LJL)

Dear Judge Liman:

I represent Fausto Espinosa Almonte in the above-captioned matter. I write to respectfully request that the Court permit counsel for co-defendant Franklin Espinosa Almonte to physically appear for me at the conference in this matter scheduled for September 14, 2022, at 10:00am. I further request that the Court permit me to attend the conference telephonically and provide me with a number through which I may do so. The reason for this request is a medical emergency, about which I have provided the Court with detailed information through a call with one of Your Honor's clerks and an email to Your Honor's deputy. Mr. Touger has agreed to stand in for me and is aware of my availability for a trial in this matter. I have tried to speak with the government to see if they have any objection to these requests, but have yet been able to do so. I apologize for the last-minute notice and any inconvenience this may cause. I thank the Court for its consideration.

                                          Respectfully Submitted,

                                          /s/

                                          Valerie A. Gotlib

Cc:    All counsel of record (*via* ECF)