UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                         :
:
       -v-                      :     21-CR-496-2 (LJL)
:
FAUSTO ESPINOSA ALMONTE,                                          :     <u>ORDER</u>
:
       Defendant.               :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of a letter from the Defendant in this matter dated March 30, 2023. A copy of the letter has been provided to their counsel via email. The letter will be filed under seal.

      SO ORDERED.

Dated: April 10, 2023
      New York, New York

                                                      LEWIS J. LIMAN
                                          United States District Judge