UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
        :
UNITED STATES OF AMERICA,        :
        :
     -v-        :       21-CR-496-2 (LJL)
        :
FAUSTO ESPINOSA ALMONTE,        :       ORDER
        :
     Defendant.        :
        :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     The Court has received a letter in the mail from Defendant Fausto Espinosa Almonte enclosing a copy of the telephonic search warrant issued by Magistrate Judge Lehrburger on August 2, 2021, as well as a form letter which includes a specific request. The submission is consistent with those described to the Court at the hearing on April 11, 2023 and does not change the Court's decision as to the motion for new counsel. The Court has provided a copy of the letter to counsel for Mr. Fausto Espinosa Almonte and has filed it under seal. Counsel is directed to inform the Court by no later than April 20, 2023 whether it objects to the letter and its attachments being publicly filed. In the absence of objection, the Court will file the letter and its attachments publicly. Defendants are advised that they are to address the Court only through counsel.

     SO ORDERED.

Dated: April 13, 2023
      New York, New York

                                        LEWIS J. LIMAN
                               United States District Judge